AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Patricia Todisco | ) Case: 1:21-mj-00123 |
| | ) Assigned to: Judge Robin M. Meriweather |
| | ) Assign Date: 1/19/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Patricia Todisco__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1752(a) Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
40 USC 5104(e)(2) Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/19/2021

2021.01.19
16:59:11 -05'00'
*Issuing officer's signature*

City and state: Washington D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/19/21, and the person was arrested on *(date)* 1/22/21
at *(city and state)* Staten Island, NY.

Date: 1-22-21

*Arresting officer's signature*

Brian L. Manley, Special Agent
*Printed name and title*

Scanned with CamSc